**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6381**

---

In Re: JOSEPH JOHNSON, JR.,

Petitioner.

---

On Petition for Writ of Mandamus.   (CR-93-209-M)

---

Submitted:  May 31, 2001             Decided:  June 11, 2001

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Joseph Johnson, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Johnson filed this mandamus petition challenging the district court's denial of his motion for expungement of a criminal record relating to a criminal complaint, which alleged that Johnson made a false statement to the Department of the Interior. Where there is another available remedy, mandamus relief is not available. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is not a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Johnson could have challenged the denial of his motion by filing an appeal. Accordingly, we deny Johnson's motion to proceed in forma pauperis and his petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED